**99–2046. State v. Duncan.**
Fairfield App. No. 99–CA–32. On November 15, 1999, appellant filed a notice of certified conflict

without a copy of the court of appeals' order certifying a conflict. Whereas S.Ct.Prac.R. IV(1) requires that a copy of the court of appeals' order certifying a conflict be attached to the notice,

IT IS ORDERED by the court, *sua sponte,* that this cause be, and hereby is, dismissed.